**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00113-CV

## IN THE INTEREST OF R.N. AND R.N., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07618**

## ORDER

Before the Court is appellant's December 27, 2016 third motion to extend time to file appellant's amended brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 23, 2017. *We expressly caution appellant that failure to file a brief may result in the dismissal of this appeal without further notice.* TEX. R. APP. P. 38.8(a)(1).

/s/     CRAIG STODDART
        JUSTICE